UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| KRISTY SANTIAGO | : | |
| | : | |
| | : | Case No. 17-16727 |

**PRAECIPE TO WITHDRAW DOCUMENT**

To the Clerk of Bankruptcy Court:

Kindly withdraw the above debtor's Response to Motion for Relief From Stay, docket number 78, filed by YOUNG, MARR & ASSOCIATES as the incorrect file was uploaded.

/s/ Paul H. Young
Paul H. Young, Esquire
Counsel for Debtor
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020
(215) 639-5297