| In re: | Case No. |
|---|---|
| KRISTY SANTIAGO | 17-16727-AMC-13 |
| Debtor(s). | |

### CHANGE OF PAYMENT ADDRESS FOR CREDITOR

Exeter Finance LLC hereby requests that the mailing address pertaining to payments in the above case be changed.

From:

Exeter Finance LLC

PO Box 167399

Irving TX 75016

To:

Exeter Finance LLC

PO Box 650693

Dallas, TX 75265-0693

Date: 12-20-19

Signature: Tina Jeffery
Name: Tina Jeffery
Address: 2250 John Carpenter Frwy
Suite 100
Irving, TX 75063