United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16727-amc
Kristy L. Santiago                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 3              Date Rcvd: May 27, 2020
                              Form ID: pdf900          Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db           +Kristy L. Santiago,    48 Appletree Drive,    Levittown, PA 19055-1257
aty          +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
               San Diego, CA 92177-7921
cr           +Wilmington Trust, National Association, as Success,    c/o REBECCA ANN SOLARZ,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
cr           +Wilmington Trust, National Association, et al.,    c/o Stern & Eisenberg,
               1581 Main Street, Suite 200,    Warrington, PA 18976-3403
13992852     +ARS/Account Resolution Specialist,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
13992851     +ARS/Account Resolution Specialist,    PO Box 459079,    Sunrise, FL 33345-9079
13992849     +Aes/pheaafrn,    Attn: Bankrupcy,    Po Box 2461,    Harrisburg, PA 17105-2461
13992850     +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
13992853     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13992854     +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
14030668      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13992858     +Citibank/Shell Oil,    Po Box 6497,    Sioux Falls, SD 57117-6497
13992857     +Citibank/Shell Oil,    Citicorp Srvs/ Centralized  Bankruptcy,    Po Box 790040,
               St Louis, MO 63179-0040
14183655      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13992870     +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13992869     +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
13992871    ++INSPIRE FEDERAL CREDIT UNION,    3 FRIENDS LANE,    NEWTON PA 18940-3426
             (address filed with court:  Inspire Federal Credit,     2104 Bath Rd,    Bristol, PA 19007)
13992874     +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14020733     +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13992876     +SYNCB/Texaco,    Po Box 6497,    Sioux Falls, SD 57117-6497
13998530     +US Dept of Education / MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
13992882     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
14031859     +Wilmington Trust, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
               PO Box 619096,    Dallas TX 75261-9096
13998804     +Wilmington Trust, National Association,    c/o JANET M. SPEARS,    4375 Jutland Drive, Suite 200,
               PO Box 17933,    San Diego, CA 92177-7921
14334015     +Wilmington Trust, National Association,,    as Successor Trustee to Citibank, N.A.,
               c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13992883     +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
14061534      eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov May 28 2020 04:42:42     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 28 2020 04:42:39     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 28 2020 04:48:20
               Exeter Finance LLC Department,    Ascension Capital Group,    P.O. Box 165028,
               Irving, TX 75016-5028
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:48:17     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13992856      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:48:19     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
13992855     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:47:54     Capital One,
               Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13992859     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:42:09     Comenity Bank/Express,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13992860     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:42:09     Comenity Bank/Express,
               4590 E Broad St,    Columbus, OH 43213-1301
13992861     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:42:09
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13992862     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:42:10
               Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
13992864     +E-mail/Text: bknotice@ercbpo.com May 28 2020 04:42:35     ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13992863     +E-mail/Text: bknotice@ercbpo.com May 28 2020 04:42:36     ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13992866     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 28 2020 04:48:50     Exeter Finance Corp,
               Po Box 166097,    Irving, TX 75016-6097
13992865     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 28 2020 04:48:20     Exeter Finance Corp,
               Po Box 166008,    Irving, TX 75016-6008
14088654     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 28 2020 04:47:55     Exeter Finance LLC,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
13992867     +E-mail/Text: bnc-bluestem@quantum3group.com May 28 2020 04:42:57     Fingerhut,
               6250 Ridgewood Rd,    St Cloud, MN 56303-0820
13992868     +E-mail/Text: bnc-bluestem@quantum3group.com May 28 2020 04:42:57     Fingerhut,
               6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
```

```
District/off: 0313-2          User: Keith              Page 2 of 3              Date Rcvd: May 27, 2020
                              Form ID: pdf900          Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13992872       +E-mail/Text: bncnotices@becket-lee.com May 28 2020 04:42:04      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
13992873       +E-mail/Text: bncnotices@becket-lee.com May 28 2020 04:42:04      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14032768        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13993324       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14021830        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:42:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14011158        E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:42:13
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13992877       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:48:17      Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
13992879       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:52      Synchrony Bank/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13992878       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:48:18      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13992880       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:53      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
13992881       +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:47:53      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
14001635        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 28 2020 04:48:52      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
13992875*      +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Trust, National Association, as
               Successor Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust,
               Mortgage Loan Asset-Backed Certificates, Series 2007-HE cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Trust, National Association, et al.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee, et al. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Kristy L. Santiago support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee, et al. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan
               Asset-Backed Certificates, Series 2007-HE bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: Keith                 Page 3 of 3                   Date Rcvd: May 27, 2020
                                  Form ID: pdf900             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                      TOTAL: 10

Case 17-16727-amc    Doc 103    Filed 05/29/20    Entered 05/30/20 00:44:41    Desc
Imaged Certificate of Notice    Page 3 of 4

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KRISTY L SANTIAGO | Chapter 13 |
| Debtor | Bankruptcy No. 17-16727-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____
Ashely M. Chan
Bankruptcy Judge
**Date: May 27, 2020**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
KRISTY L SANTIAGO

48 APPLETREE DRIVE

LEVITTOWN, PA 19055