**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **KRISTY SANTIAGO** | : | **CHAPTER 13** |
| | | : | |
| | **Debtor** | : | **BANKRUPTCY NO. 17-16727** |

**CERTIFICATION OF NO RESPONSE AND CERTIFICATION**
**OF UNCONTESTED APPLICATION FOR COUNSEL FEES**

    I, PAUL H. YOUNG, ESQUIRE, attorney for the Debtor listed above, certify the following:

    1.    On July 29, 2020, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtor, Trustee and all interested parties.

    2.    I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

    WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
YOUNG, MARR & ASSOCIATES
3554 Hulmeville Rd., Suite 102
Bensalem, PA   19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com