IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KRISTY L. SANTIAGO | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 17-16727-AMC |

## ORDER

AND NOW, upon the Application for Approval of Attorney Fees filed by Paul H. Young, Esquire, Counsel for the Debtors on July 29, 2020, and

IT APPEARING that this case was dismissed on May 27, 2020 without a retention of jurisdiction to consider subsequent fee applications and

After repeated requests to counsel to remedy the filing, it is hereby

ORDERED that the Application is denied.

BY THE COURT:

**Date: October 8, 2020**

ASHELY M. CHAN
U. S. BANKRUPTCY JUDGE